# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
September 16, 2013

No. 12-50662
Summary Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

WALTER LEONARDO,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:09-CR-1079-1

Before DAVIS, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:[*]

Walter Leonardo pleaded guilty to illegally reentering the United States after deportation. The district court sentenced him to 46 months of imprisonment and three years of supervised release. Leonardo has appealed, contending that the district court did not adequately explain its reasons for imposing supervised release and that the imposition of a term of supervised release does not advance the goals of 18 U.S.C. § 3553(a).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 12-50662

Because Leonardo has been released from prison and deported to Guatemala, however, his appeal is moot, *see United States v. Rosenbaum-Alanis*, 483 F.3d 381, 383 (5th Cir. 2007), and accordingly is DISMISSED.